UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COLUMBIA FOODS, INC. | ) | |
| | ) | |
| v. | ) | NO. 1:06-0038 |
| | ) | JUDGE CAMPBELL |
| HULL STOREY RETAIL GROUP, LLC | ) | |

ORDER

For the reasons described in the accompanying Memorandum, the appeal (Docket No. 1) of the Bankruptcy Court's Order (Bankr. Docket No. 63, Docket No. 1-3) granting relief from the automatic stay is moot and this appeal is dismissed.

IT IS SO ORDERED.

_/s/ Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE